```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 31431
   RAYMOND D WAITES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7923

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/24/2004 and was confirmed 11/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 05/05/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
 FORD MOTOR CREDIT          SECURED          9546.68           .00        9546.68
 CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00            .00
 FINANCIAL CREDIT CORP      UNSECURED        1803.40           .00         261.08
 PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED          .00            .00
 FORD MOTOR CREDIT          UNSECURED          30.50           .00            .00
 ARROW FINANCIAL SERVICES   UNSECURED        1811.46           .00         262.24
 JESSE OUTLAW               DEBTOR ATTY     1,944.00                     1,944.00
 TOM VAUGHN                 TRUSTEE                                        701.20
 DEBTOR REFUND              REFUND                                           4.80

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                12,720.00

 PRIORITY                                          .00
 SECURED                                      9,546.68
 UNSECURED                                      523.32
 ADMINISTRATIVE                               1,944.00
 TRUSTEE COMPENSATION                           701.20
 DEBTOR REFUND                                    4.80
                        --------------      --------------
 TOTALS                 12,720.00            12,720.00




              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 31431 RAYMOND D WAITES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```